## MYRNA LABOW *v.* ROBERT RUBIN ET AL.
### (AC 29216)

Bishop, DiPentima and Pellegrino, Js.

Argued March 19—officially released April 14, 2009

Per Curiam. The judgment is affirmed.

## KELWOOD WHITE *v.* COMMISSIONER OF CORRECTION
### (AC 29781)

Flynn, C. J., and Robinson and Stoughton, Js.

Argued March 10—officially released April 14, 2009

Per Curiam. The judgment is affirmed.

## CAINE COOPER *v.* COMMISSIONER OF CORRECTION
### (AC 29392)

Bishop, Lavine and Robinson, Js.

Argued March 16—officially released April 14, 2009

Per Curiam. The appeal is dismissed.